UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR 20 PM 1:55

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Docket No. '08 MJ 0874 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Romulo CEDENO-De Los Santos,** Defendant | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **March 18, 2008** within the Southern District of California, defendant, **Romulo CEDENO-De Los Santos,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **MARCH 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

JPME

**CONTINUATION OF COMPLAINT:**
**Romulo CEDENO De Los Santos**

## PROBABLE CAUSE STATEMENT

On March 18, 2008, Border Patrol Agent C. Lindsay was performing assigned duties in the El Centro area of responsibility. This area is located approximately 29 miles west of the Calexico, California Port of Entry and approximately two miles north of the Unites States/Mexico International Boundary.

Agent Lindsay was traveling westbound on Interstate eight (I-8) near Ocotillo, California, when he observed a hispanic male walking alone in the desert, northbound toward the Interstate 8. Agent Lindsay noticed that the individual look tired and dirty as though he had been walking for a considerable amount of time.
Agent Lindsay approached the individual, later identified as **Romulo CEDENO-De Los Santos**, and identified himself as a United States Border Patrol Agent. Agent Lindsay questioned the individual as to his citizenship. The defendant stated that he was a citizen of Mexico illegally present without any immigration documents that would permit him to enter, remain in the United States legally. Agent Lindsay placed the defendant under arrest at approximately 12:00 p.m. and transported him to the Boulevard Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 18, 2007** through **Laredo, Texas**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.